UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATALIE A. HAMILTON,

                Plaintiff,                20 **CIVIL** 1079 (ALC)

      -v-                            **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 10, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Counsel will remand the case to the Administrative Law Judge for further administrative proceedings with directions to update the administrative record, give further consideration to the claimant's residual functional capacity, evaluate the medical evidence of record, and obtain the opinion of a medical expert. The claimant will be provided the opportunity for a hearing, and the ALJ will issue a new decision.

**Dated:**  New York, New York
          March 10, 2022

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                                  **BY:**   *K. Mango*

                                                     **Deputy Clerk**